AMIN WASSERMAN GURNANI, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Rebecca M. Lee, Bar. No. 312039
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel: (213) 933-2330
Fax: (312) 884-7352
wcole@awglaw.com
morr@awglaw.com
rlee@awglaw.com

AMIN WASSERMAN GURNANI, LLP
Manon Burns, Bar No. 347139
230 W. Monroe St., Ste. 1405
Chicago, IL 60606
Tel: (312) 466-1033
Fax: (312) 884-7352
mburns@awglaw.com

Attorneys for Defendant Linus Technology Mergersub, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINCENT YOVINO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINUS TECHNOLOGY MERGERSUB, LLC,<br><br>Defendant. | Case: 3:26-cv-08834-JD<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**[LOCAL RULE 6-1]** |

Plaintiff Vincent Yovino ("Plaintiff") and Defendant Linus Technology Mergersub, LLC ("Defendant," and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

**WHEREAS**, on August 24, 2026, Plaintiff filed the operative Complaint in this action (Dkt. 1);

**WHEREAS**, Defendant waived service on August 25, 2026 pursuant to Fed. R. Civ. P. 4(d) (Dkt. 7);

**WHEREAS**, Defendant's last day to respond to the Complaint is currently October 26, 2026 pursuant to Fed. R. Civ. P. 4(d)(3);

**WHEREAS**, Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, allows Parties to stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order;

**WHEREAS**, the Parties have agreed to extend Defendant's deadline to respond to the Complaint by 21 days to November 16, 2026, as the Parties discuss the potential consolidation of related cases filed against Defendant in this and other Districts;

**WHEREAS**, this is the first request for an extension of time to file a responsive pleading to Plaintiff's Complaint;

**WHEREAS**, this 21 day extension will not affect any other dates or deadlines;

**WHEREFOR, IT IS HEREBY STIPULATED AND AGREED,** as follows:

- Defendant shall file its responsive pleading on or before November 16, 2026.

Dated: October 7, 2026

**AMIN WASSERMAN GURNANI, LLP**

**/s/ *Rebecca M. Lee***
Rebecca Lee
*Attorneys for Defendant*

Dated: October 7, 2026

**TREEHOUSE LAW, LLP**

***/s/ Ben Heikali***
Ben Heikali
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

(United States District Court)

I hereby certify that on the 7th day of October 2026, I caused the electronic filing of the foregoing document, through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

**/s/*Rebecca M. Lee***

Rebecca M. Lee